**IN THE UNITED STATES DISTRICT COURT FOR THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN**

BAYSIDE CONSTRUCTION, LLC,                         )
                                                   ) CASE NO. 2020-cv-117
                                      Petitioner                   )
    v.                                             )
                                                   )
JEFFREY M. SMITH and SARAH A. SMITH                )
                                                   )
                                 Respondents.                )
                                                   )
_____  )

**PETITION TO CONFIRM ARBITRATION AWARD AND TO ENTER JUDGMENT**

      Petitioner, BAYSIDE CONSTRUCTION, LLC ("Bayside" or "Petitioner"), through undersigned counsel, David J. Cattie of The Cattie Law Firm, P.C., files its Petition to Confirm the Arbitration Award and to Enter Judgment against Defendants JEFFREY M. SMITH and SARAH A. SMITH ("Smiths" or "Respondents") and states:

**PARTIES**

1. Petitioner, BAYSIDE CONSTRUCTION, LLC ("Bayside") is a limited liability company organized and existing under the laws of U.S. Virgin Islands with its principal place of business therein.

2. Respondent, JEFFREY M. SMITH, is a citizen and resident of Massachusetts.

3. Respondent, SARAH A. SMITH, is a citizen and resident of Massachusetts.

**JURISDICTION AND VENUE**

4. This Court has diversity jurisdiction over this case pursuant to 28 U.S.C.S. § 1332 because the Plaintiff and the Defendants are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Venue is proper pursuant to 28 U.S.C. § 1391 as the Smiths are subject to jurisdiction of this Court and substantial parts their acts and omissions occurred in this district.

6. Petitioner seeks to Confirm the Arbitration Award pursuant to 9 U.S.C. § 9.

*Bayside Construction, LLC v. Jeffery Smith and Sara Smith; Case No. 2020-cv-117*
Petition to Enforce Arbitration Award

## <u>NATURE OF THE ACTION</u>

7.  Petitioner brings this proceedings under the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9, to Confirm and Enforce an Arbitration Award (the "Award")[1] issued on October 1, 2020 by a duly appointed Arbitrator[2] in a proceeding before the American Arbitration Association ("AAA") captioned as *Bayside Construction, LLC v. Jeffrey M. Smith and Sarah A. Smith*; AAA Case No. 01-19-0002-6904.

8.  The Award directed Respondents to pay Petitioner $242,253.46 on or before November 4, 2020 after which time interest would accumulate at the rate of 18%.

9.  To date, Respondents have refused to make payment as required in the Award.

10. Petitioners respectfully request this Court confirm and enforce the final Award (including interest) and incorporate its terms into a judgment in favor of Petitioner.

11. Petitioner further seeks fees, costs, and expenses incurred in confirming the Award along with such further relief as the Court may find just and proper.

12. Bayside is a local construction company operating mainly in St. Thomas and St. John, Virgin Islands.

13. The Defendants, a married couple, own a vacation villa/rental property (the "Property") at:

    **Consolidated Parcel No. 1-2-A Estate Botany Bay**
    **No. 7 West End Quarter**
    **St. Thomas, Virgin Islands 00802**

14. On or about April 26, 2018, Bayside and the Smiths entered into a contract (the "Contract" or "Agreement") for construction services, renovations, labor and materials for the Property.[3]

15. The parties ultimately had a dispute regarding Bayside's work and payment with Petitioner filing a lawsuit against Respondents in this Court on April 25, 2019 (at Case No. 2019-cv-29).

---

[1] The Award is attached hereto as **Exhibit 1.**

[2] The Order appointing the Arbitrator is attached hereto as **Exhibit 2**.

[3] The Contract between the parties (including the arbitration provision) is attached hereto as **Exhibit 3**.

16. On June 4, 2019 Respondents filed their Answer and Counterclaims against Petitioner. [Case: 3:19-cv-00029-CVG-RM Document #: 7]

17. Respondents, however, also filed a Motion to Compel Arbitration on that same date based on the contract between the parties. [Case: 3:19-cv-00029-CVG-RM Document #: 8, 8-1].

18. On June 17, 2019 the parties stipulated to the dismissal of that action without prejudice so that the matter would proceed to arbitration. [Case: 3:19-cv-00029-CVG-RM Document #: 9].

19. Petitioner then filed a Demand for Arbitration with the American Arbitration Association with Respondents filing a counterclaim against Bayside in that matter.

20. The parties exchanged discovery and conducted depositions before the matter was arbitrated from August 18-20, 2020, with the parties each presenting witnesses and documentary exhibits and video exhibits.

21. The parties filed post-hearing briefs with the arbitrator who issued a final award in favor of Petitioner on October 1, 2020.  (**Exhibit 1**).

## COUNT I
*Confirmation of the Award Under 9 U.S.C. § 9*

22. Petitioner hereby incorporates all preceding paragraphs as if fully restated herein.

23. A final award has been entered in favor of Petitioner and against Respondents in the amount of $242,253.46 plus interest at the rate of 18% beginning on November 4, 2020.  (**Exhibit 1**).

24. The arbitration agreement between the parties states that "[t]he arbitrator's award is final and may be enforced in a court having jurisdiction and venue."  (**Exhibit 3** at 6).

25. Section 9 of the FAA provides that:

    If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title. If no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within which such award was made. …

26. This Court has jurisdiction and venue over this matter.

*Bayside Construction, LLC v. Jeffery Smith and Sara Smith; Case No. 2020-cv-117*
Petition to Enforce Arbitration Award

27. This Petition was filed within one-year of the Award.

28. Pursuant to 9 U.S.C. § 13, a copy of the award has been attached to this Petition as **Exhibit 1**, the Appointment of the Arbitrator is attached as **Exhibit 2**, the Contract between the parties (including the arbitration provision) is attached as **Exhibit 3** and, at the time of filing, there are no notices, affidavits, or other papers used upon the application to confirm the award.

29. Interest on the Award accumulates at $119.46 per day from November 4, 2020 onwards until paid.

## PRAYER FOR RELIEF

**WHEREFORE**, Petitioner respectfully demands that Court confirm the Final Award of October 1, 2020, and that judgment be entered in favor of Petitioner and against Respondents, and that Petitioner be awarded the following:

    a.   Judgment in the amount of $242,253.46 against Respondents;

    b.   Interest at 18% per annum from November 4, 2020 accruing at $119.46 per day;

    c.   Attorney's fees and costs;

    d.   Any other relief deemed appropriate.

Date:   November 17, 2020               The Cattie Law Firm, P.C.

                                           By:/s/ David J. Cattie, Esq.
                                             DAVID J. CATTIE, ESQ.
                                           V.I. Bar No. 964
                                           1710 Kongens Gade
                                           St. Thomas, Virgin Islands 00802
                                           Telephone: 340.775.1200
                                           Facsimile:  800.878.5237

                                           david.cattie@cattie-law.com