**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **BAYSIDE CONSTRUCTION, LLC,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-0117 |
| ) | |
| **JEFFREY M. SMITH and SARAH A. SMITH,** ) | |
| Respondents. ) | |
| ) | |

**JUDGMENT**

For the reasons set forth in the accompanying Memorandum Opinion of even date, and the premises duly considered, it is hereby

**ORDERED** that Jeffrey M. Smith and Sarah A. Smith's motion to vacate arbitrator's award, ECF No. 8, is **DENIED**; it is further

**ORDERED** that the Arbitrator's Award dated October 1, 2020, is **CONFIRMED**; it is further

**ORDERED, ADJUDGED, AND DECREED** that judgment is awarded in favor of Plaintiff Bayside Construction, LLC, and against Jeffrey M. Smith and Sarah A. Smith, jointly and severally, in the amount of $242,253.46; it is further

**ORDERED, ADJUDGED, AND DECREED** that, pursuant to the Arbitrator's Award, interest shall accrue at a rate of 18% per annum from November 4, 2020, which calculates to a rate of $119.46 per day; and it is further[1]

**ORDERED** that this case is **CLOSED**.

**Dated:** August 18, 2021      /s/ *Robert A. Molloy*
                                                    **ROBERT A. MOLLOY**
                                                    **Chief Judge**

---

[1] The Court arrives at this figure by using the following calculation: ((amount of arbitrator's award) x 0.18) divided by 365 days)). At this rate, interest will accrue at a rate of $119.46 from November 4, 2020, for a total of $276,538.48 as of August 18, 2021.