### IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| BAYSIDE CONSTRUCTION, LLC, ) ) Petitioner, ) ) v. ) ) JEFFREY M. SMITH and SARAH A. SMITH, ) ) Respondents. ) | Civil Action No.: 3:20-cv-0117 |

### JOINT MOTION TO DISBURSE DEPOSITED FUNDS

Petitioner Bayside Construction, LLC ("Bayside" or "Petitioner"), and Respondents Jeffrey M. Smith and Sarah A. Smith ("Respondents" or the "Smiths"), by and through their undersigned counsel, respectfully submit this Motion for an Order directing the Clerk of the Court to disburse the deposited funds to the parties as follows:

On August 18, 2021, this Court confirmed an arbitration award and entered judgment in favor of Bayside and against the Smiths in the amount of $242,253.46, plus 18% interest *per annum* from November 4, 2020.  *See* ECF No. 20.  On September 14, 2021, the Smiths appealed this Court's August 18, 2021, Judgment in favor of Bayside.  *See* ECF No. 28.  The Smiths appealed that judgment to the Third Circuit.  While that appeal was pending, the parties filed a joint motion for an order permitting Respondents to deposit the amount of the judgment plus interest pending the outcome of the appeal.  See ECF No. 34.  On May 6, 2022 this Court granted the Order permitting the Smiths to deposit the disputed amounts with the Court pending the outcome of the appeal.  *See* ECF No. 35.  On May 9, 2022, the Smiths deposited $321,216.97 with the Clerk.  On July 8, 2022, the Third Circuit issued its opinion and Judgment affirming this

Court's judgment. (**Exhibit 1**). The parties now agree that this Court's order affirming the arbitration award and the Judgment of the Third Circuit are final. Bayside further agrees that its receipt of the disbursal requested herein will also fully satisfy the lien that it has placed on the property that is the subject of this action, noticed on February 5, 2019 (Document No. 2019000645) and commented on April 26, 2019 (Document No. 2019002668). Bayside further agreed to tender a fully executed Notice of Full Satisfaction to Respondents' counsel upon receipt of the disbursal requested herein.

Accordingly, and for the reasons set forth above, the parties ask the Court to disburse the deposited funds as follows in satisfaction of the Judgment as follows and close this matter:

1. $316,681.00 to BAYSIDE CONSTRUCTION, LLC;

2. Remaining balance to JEFFREY M. SMITH and SARAH A. SMITH

A proposed order is attached.

Dated: July 20, 2022

**THE CATTIE LAW FIRM, P.C.**

By: /s/ David J. Cattie, Esq.
David J. Cattie, Esq. (V.I. Bar No. 964)
1710 Kongens Gade
St. Thomas, Virgin Islands 00802
Telephone: (340) 775-1200
Facsimile: (800) 878-5237
E-mail: david.cattie@cattie-law.com

**SHLANSKY LAW GROUP, LLP**

By: /s/ David J. Shlansky
David J. Shlansky*
(Massachusetts BBO# 565321)
1 Winnisimmet Street
Chelsea, MA 02150
Telephone: (617) 370-8320
Facsimile: (866) 257-9530
E-mail: David.Shlansky@slglawfirm.com
*Admitted *pro hac vice*

 /s/ Christopher Allen Kroblin, Esq.
Christopher Allen Kroblin, Esq.
Marjorie Whalen, Esq.
Kellerhals Ferguson Kroblin PLLC
Royal Palms Professional Building
9053 Estate Thomas, Suite 101

St. Thomas, V.I. 00802
Telephone: (340) 779-2564
Facsimile: (888) 316-9269
E-mail:ckroblin@kellfer.com
mwhalen@kellfer.com